**MILBERG LLP**
JEFF S. WESTERMAN (SBN 94559)
jwesterman@milberg.com
AZRA Z. MEHDI (SBN 220406)
amehdi@milberg.com
NICOLE M. DUCKETT (SBN 198168)
nduckett@milberg.com
WILLIAM B. SCOVILLE, JR.
wscoville@milberg.com
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, California 90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975

*Counsel for John Ingram, Merle Kovtun and [Proposed] Liaison Counsel for the Class*

**BROWER PIVEN**
 A Professional Corporation
DAVID A.P. BROWER
brower@browerpiven.com
488 Madison Avenue
Eighth Floor
New York, New York 10022
Telephone: (212) 501-9000
Facsimile:  (212) 501-0300

*Counsel for John Ingram and [Proposed] Lead Counsel for the Class*

**HOGAN LOVELLS US LLP**
NORMAN J. BLEARS (SBN 95600)
norman.blears@hoganlovells.com
MICHAEL L. CHARLSON (SBN 122125)
michael.charlson@hoganlovells.com
HOWARD S. CARO (SBN 202082)
howard.caro@hoganlovells.com
525 University Avenue, 4th Floor
Palo Alto, California 94301
Telephone:  (650) 463-4003
Facsimile:   (650) 463-4199

*Counsel for Defendants Vivus, Inc., Leland F. Wilson and Wesley W. Day, Ph.D.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERLE KOVTUN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>VIVUS, INC., LELAND F. WILSON, and WESLEY W. DAY PH.D.,<br><br>                    Defendants. | No. 4:10-cv-04957-PJH<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [P<s>ROPOSED</s>] ORDER TO VACATE CERTAIN CASE MANAGEMENT DEADLINES AND SET A SCHEDULE FOR THE FILING OF AN AMENDED COMPLAINT |

STIPULATION AND [PROPOSED] ORDER TO VACATE CERTAIN DEADLINES
Case No. 4:10-cv-04957-PJH

1    Pursuant to Local Rule 6-2, the parties, through their undersigned counsel, hereby
2 stipulate to and seek the Court's approval of an order vacating the deadlines set forth in the
3 Order Setting Case Management Conference (the "Scheduling Order") dated November 2, 2010
4 (Docket No. 3) and setting a schedule for the filing of an amended complaint.

5                              **RECITALS**

6    WHEREAS, on November 2, 2010, plaintiff Merle Kovtun filed a class action (the
7 "Action") against defendants Vivus, Inc., Leland F. Wilson, Wesley W. Day (collectively "De-
8 fendants") in this Court;

9    WHEREAS, on November 2, 2010, the Court issued the Scheduling Order, pursuant to
10 which the parties must: 1) meet and confer concerning initial disclosures and the subjects set
11 forth in Rule 16(c); 2) file a joint case management statement by February 3, 2011; and 3) appear
12 at a case management conference on February 10, 2011;

13   WHEREAS, on January 3, 2011 plaintiff John Ingram filed a Motion for Appointment of
14 Lead Plaintiff and Approval of Selection of Counsel (Docket No. 10), pursuant to the Private
15 Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), scheduled to
16 be heard on February 9, 2011, and on January 19, 2011 filed a memorandum of law in further
17 support of said motion (Docket No. 18);

18   WHEREAS, plaintiffs Brent Dawson and Richard Wayne, having on January 3, 2011
19 filed a joint Motion to Appoint Lead Plaintiff and Lead Counsel (Docket No. 7), filed a Notice of
20 Non-Opposition to John Ingram's Motion to be Appointed as Lead Plaintiff and for Approval of
21 His Choice of Counsel on February 1, 2011 (Docket No. 20);

22   WHEREAS, plaintiff John Ingram is currently the sole movant for appointment as lead
23 plaintiff;

24   WHEREAS, discovery in this action is stayed pursuant to the provisions of the PSLRA;

25   WHEREAS, the parties have met and conferred, and in the interests of conserving
26 judicial effort and resources and maximizing the efficiency of the prosecution of the Action, the
27 parties agree that the deadlines set forth in the Scheduling Order should be vacated pending the

28

STIPULATION AND [PROPOSED] ORDER TO VACATE CERTAIN DEADLINES
Case No. 4:10-cv-04957-PJH                  - 2 -

determination of Defendants' intended motion to dismiss and that the February 9, 2011 hearing on plaintiff John Ingram's Motion for Appointment of Lead Plaintiff and Approval of Selection of Counsel should be taken off the calendar;

WHEREAS, no prior scheduling modifications have been sought in this case;

### STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel, and pursuant to Local Rule 6-2, subject to the approval of this Court, that:

1. The deadlines set forth in the Scheduling Order are vacated;

2. The February 9, 2011 hearing on plaintiff John Ingram's Motion for Appointment of Lead Plaintiff and Approval of Selection of Counsel is cancelled;

3. The Initial Case Management Conference scheduled for February 10, 2011 is adjourned pending further notice;

4. Plaintiffs will file an amended complaint ("AC") no later than 60 days after the entry of an Order appointing a lead plaintiff in this Action;

5. Defendants will file an answer or motion responsive to the AC no later than 60 days after Plaintiffs file an amended complaint;

6. In the event Defendants file a motion responsive to the AC, Plaintiffs will file opposition thereto no later than 60 days after filing of the motion, and Defendants will file any reply no later than 45 days after filing of the opposition.

Respectfully Submitted,

DATED: February 2, 2011              **MILBERG LLP**
                                     JEFF S. WESTERMAN
                                     AZRA Z. MEHDI
                                     NICOLE M. DUCKETT


                                     _____/s/ Azra Z. Mehdi_____
                                            AZRA Z. MEHDI

```
                                        One California Plaza
                                        300 South Grand Avenue, Suite 3900
                                        Los Angeles, California 90071-3172
                                        Telephone: (213) 617-1200
                                        Facsimile: (213) 617-1975
                                        Email: jwesterman@milberg.com
                                               amehdi@milberg.com
                                               nduckett@milberg.com

                                        Counsel for John Ingram, Merle Kovtun and
                                        [Proposed] Liaison Counsel for the Class

Dated:  February 2, 2011               BROWER PIVEN
                                        DAVID A.P. BROWER



                                               /s/ David A.P. Brower
                                              DAVID A.P. BROWER

                                        488 Madison Avenue, Eighth Floor
                                        New York, New York 10022
                                        Telephone: (212) 501-9000
                                        Facsimile:  (212) 501-0300
                                        Email:  brower@browerpiven.com

                                        Counsel for John Ingram and
                                        [Proposed] Lead Counsel for the Class

Dated:  February 2, 2011               HOGAN LOVELLS US LLP
                                        NORMAN BLEARS
                                        MICHAEL L. CHARLSON
                                        HOWARD S. CARO



                                               /s/ Michael L. Charlson
                                              MICHAEL L. CHARLSON

                                        525 University Avenue, 4th Floor
                                        Palo Alto, California 94301
                                        Telephone:  (650) 463-4003
                                        Facsimile:   (650) 463-4199

                                        Counsel for Defendants Vivus, Inc., Leland
                                        F. Wilson and Wesley W. Day, Ph.D.
```

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Azra Z. Mehdi, attest that concurrence in the filing of this Stipulation and [Proposed] Order to Vacate Certain Case Management Deadlines and Set a Schedule for the Filing of an Amended Complaint has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of February 2011, at San Francisco, California.

*/s/ Azra Z. Mehdi*
AZRA Z. MEHDI

IT IS SO ORDERED, this __3__ day of February, 2011



_____
Hon. Phyllis J. Hamilton
United States District Judge

DECLARATION OF SERVICE BY CM/ECF AND/OR MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2. Declarant hereby certifies that on February 2, 2011, declarant served the STIPULATION AND [PROPOSED] ORDER TO VACATE CERTAIN CASE MANAGEMENT DEADLINES AND SET A SCHEDULE FOR THE FILING OF AN AMENDED COMPLAINT by electronically filing the foregoing document listed above by using the Case Management/ Electronic Case filing system.

3. Declarant further certifies:

☒ All participants in the case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system

☐ Participants in the case who are registered CM/ECF users will be served by the court's CM/ECF system. Participants in the case that are not registered CM/ECF users will be served by First-Class Mail, postage pre-paid or have dispatched to a third-party commercial carrier for delivery to the non-CM/ECF participants as addressed and listed in the Service List.

4. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of February, 2011, at Los Angeles, California.

_____
ELIZABETH VILLALOBOS

STIPULATION AND [PROPOSED] ORDER TO VACATE CERTAIN DEADLINES
Case No. 4:10-cv-04957-PJH                            - 6 -