Norman J. Blears (Bar No. 95600)
Michael L. Charlson (Bar No. 122125)
HOGAN LOVELLS US LLP
525 University Avenue, 4th Floor
Palo Alto, California 94301
Telephone:   (650) 463-4000
Facsimile:    (650) 463-4199
norman.blears@hoganlovells.com
michael.charlsona@hoganlovells.com

Howard S. Caro (Bar No. 202082)
Benjamin T. Diggs (Bar No. 245904)
HOGAN LOVELLS US LLP
4 Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 374-2300
Facsimile:    (415) 374.2499
howard.caro@hoganlovells.com
benjamin.diggs@hoganlovells.com

Attorneys for Defendants
VIVUS, INC., LELAND F. WILSON, and
WESLEY W. DAY, Ph.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MERLE KOVTUN, Individually and on Behalf of Others Similarly Situated,, <br><br> Plaintiff, <br><br> v. <br><br> VIVUS, INC., LELAND F. WILSON, and WESLEY W. DAY, PH.D., <br><br> Defendant. | Case No.  4:10-cv-04957-PJH <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** <br>  AS MODIFIED BY THE COURT <br> The Honorable Phyllis J. Hamilton |

Stip. and [Proposed] Order Extending Page
Limits re Briefing on Def.'s Mtn to Dismiss
Amended Cmplt. Case No. 10-cv-4957-PJH

\\\065714/000003 - 95641 v2

Pursuant to Local Rule 7-12, lead plaintiff John Ingram and defendants VIVUS, Inc., Leland F. Wilson, and Wesley W. Day, Ph.D. (collectively, the "Parties"), through their undersigned counsel, hereby stipulate to and seek the Court's approval of an order extending the page limits for briefing on defendants' anticipated motion to dismiss the amended complaint.

## RECITALS

WHEREAS on April 4, 2011, lead plaintiff timely filed the Amended Class Action Complaint for Violations of the Federal Securities Laws (Dkt. No. 25) (the "Amended Complaint"); and

WHEREAS, pursuant to the Court's February 3, 2011 Order setting a schedule for the filing of, and response to, the Amended Complaint (Dkt. No. 23), the deadline for defendants to move to dismiss the Amended Complaint is June 3, 2011; and

WHEREAS, the defendants believe that, because of the length of the Amended Complaint, defendants will need additional pages in their opening and reply briefs in support of their anticipated motion to dismiss to fully respond to the allegations; and

WHEREAS, lead plaintiff does not oppose an extension of the page limits for defendants' opening and reply briefs on the anticipated motion to dismiss to 32 and 22 pages, respectively;

WHEREAS, defendants do not oppose a corresponding extension of the page limit for lead plaintiff's opposition to defendants' anticipated motion to dismiss to 35 pages;

## STIPULATION

IT IS THEREFORE STIPULATED AND AGREED by the Parties, through their respective counsel of record, that, subject to the Court's approval, that the page limits for the briefing on defendants' anticipated motion to dismiss will be as follows:

(a) defendants' opening brief shall be not longer than 32 pages; and

(b) lead plaintiff's opposition to defendants' motion to dismiss shall be not longer than 35 pages; and

(c) defendants reply in support of the motion to dismiss shall be not longer than 22 pages.

Stip. and [Proposed] Order Extending Page Limits re Briefing on Def.'s Mtn to Dismiss Amended Cmplt. Case No. 10-cv-4957-PJH

- 1 -

\\\065714/000003 - 95641 v2

1
2  SO STIPULATED.
3  DATED: May 24, 2011                HOGAN LOVELLS US LLP
4
5                                     By   /s/ Howard S. Caro
                                              HOWARD S. CARO
6
   Attorneys for Defendants
7  VIVUS, INC., LELAND F. WILSON, AND WESLEY
   W. DAY, PH.D.
8
9  DATED: May 24, 2011                MILLBERG LLP
                                      One California Plaza
10                                    300 South Grand Avenue, Suite 3900
                                      Los Angeles, California 90071
11                                    Telephone: (213) 617-1200
12                                    Facsimile: (213) 617-1975
13
14
15                                    By   /s/ Azra Mehdi
                                              JEFF S. WESTERMAN
16                                            AZRA MEHDI
                                              NICOLE M. DUCKETT
17
18                                    BROWER PIVEN
                                      DAVID A.P. BROWER
19                                    488 Madison avenue
                                      Eighth Floor
20                                    New York, New York 10022
                                      Telephone: (212) 501-9000
21                                    Facsimile: (212) 501-0300
22
                                      Attorneys for Lead Plaintiff
23
24
25
26
27
28

Stip. and [Proposed] Order Extending Page
Limits re Briefing on Def.'s Mtn to Dismiss           - 2 -
Amended Cmplt. Case No. 10-cv-4957-PJH
\\\065714/000003 - 95641 v2

I, Howard S. Caro, am the ECF User whose ID and password are being used to file this Stipulation And [Proposed] Order Extending Page Limits For Briefing on Defendants' Motion To Dismiss Plaintiff's Amended Complaint. In compliance with General Order 45, X.B., I hereby attest that Azra Mehdi has concurred in this filing.

      /s/ Howard S. Caro
      HOWARD S. CARO

\* \* \*

## **ORDER**

PURSUANT TO STIPULATION, and good cause appearing, the page limits for the briefing on defendants' anticipated motion to dismiss will be as follows:

(a) defendants' opening brief shall be not longer than ~~32~~ 30 pages; and

(b) lead plaintiff's opposition to defendants' motion to dismiss shall be not longer than ~~35~~ 30 pages; and

(c) defendants reply in support of the motion to dismiss shall be not longer than ~~22~~ 20 pages.

IT IS SO ORDERED.

DATED: 5/25/11

_____
HONORABLE PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED.  Judge Phyllis J. Hamilton*

Stip. and [Proposed] Order Extending Page Limits re Briefing on Def.'s Mtn to Dismiss Amended Cmplt. Case No. 10-cv-4957-PJH    - 3 -

\\\065714/000003 - 95641 v2