UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MERLE KOVTUN,

    Plaintiff,

    v.

VIVUS, INC., et al.,

    Defendants.

_____/

No. C 10-4957 PJH

**ORDER CONTINUING HEARING DATE**

Because of conflicts in the court's schedule, the date for the hearing on defendants' motion to dismiss, previously set for October 5, 2011, has been CONTINUED one week, to October 12, 2011, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: September 23, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge