| | |
|---|---|
| 1 | NORMAN J. BLEARS (Bar No. 95600) |
| | MICHAEL L. CHARLSON (Bar No. 122125) |
| 2 | HOGAN LOVELLS US LLP |
| | 525 University Avenue, 4th Floor |
| 3 | Palo Alto, California  94301 |
| | Telephone:     (650) 463-4000 |
| 4 | Facsimile:      (650) 463-4199 |
| | norman.blears@hoganlovells.com |
| 5 | michael.charlsona@hoganlovells.com |
| 6 | BENJAMIN T. DIGGS (Bar No. 245904) |
| | HOGAN LOVELLS US LLP |
| 7 | Four Embarcadero Center, 22nd Floor |
| | San Francisco, California  94111 |
| 8 | Telephone:     (415) 374-2300 |
| | Facsimile:      (415) 374.2499 |
| 9 | benjamin.diggs@hoganlovells.com |
| 10 | Attorneys for Defendants |
| | VIVUS, INC., LELAND F. WILSON and |
| 11 | WESLEY W. DAY, Ph.D. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MERLE KOVTUN, Individually and on Behalf of Others Similarly Situated,, | Case No.  4:10-cv-04957-PJH |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER SETTING SCHEDULE AND EXPANDING PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**  AS MODIFIED BY THE COURT |
| v. | |
| VIVUS, INC., LELAND F. WILSON, and WESLEY W. DAY, PH.D., | |
| Defendant. | The Honorable Phyllis J. Hamilton |

Pursuant to Local Rule 7-12, defendants VIVUS, Inc., Leland F. Wilson, and Wesley W. Day, Ph.D. ("Defendants") and Lead Plaintiff John Ingram (collectively, the "Parties"), through their undersigned counsel, hereby stipulate to and seek the Court's approval of an order establishing a schedule and expanding the page limits for briefing on Defendants' anticipated motion to dismiss Lead Plaintiff's Second Amended Complaint for Violations of Federal

Stip. and [Proposed] Order Re Schedule and
Page Limits for Def.'s Mtn to Dismiss Second
Amended Cmplt. Case No. 10-cv-4957-PJH

\\065714/000003 - 105200 v1

Securities Laws (the "Second Amended Complaint").

## RECITALS

WHEREAS, on October 12, 2011, the Court heard argument on and granted Defendants' motion to dismiss Lead Plaintiff's Amended Class Action Complaint for Violations of the Federal Securities Laws with leave to amend within 28 days, which ruling was memorialized in an order entered on October 13, 2011 (Dkt. 40) (the "October 13 Order");

WHEREAS, on November 9, 2011, Lead Plaintiff filed his Second Amended Complaint for Violations of Federal Securities Laws (Dkt. 41) (the "Second Amended Complaint");

WHEREAS, the Court's October 13 Order granted Defendants 28 days from filing of the Second Amended Complaint within which to respond to the Second Amended Complaint;

WHEREAS, Defendants intend to move to dismiss the Second Amended Complaint, which is 182 pages in length;

WHEREAS, Defendants believe that, because of the length of the Second Amended Complaint and the upcoming holidays, Defendants will need some additional time and pages to prepare their briefs so that their arguments are set forth in a manner fully responsive to the allegations; and

WHEREAS, Lead Plaintiff believes that he will also need additional time and pages to respond fully to Defendants' motion to dismiss; and

WHEREAS, subject to the Court's approval, the Parties do not oppose the others' proposed timing and page limits for briefing of a motion to dismiss the Second Amended Complaint as set forth below;

## STIPULATION

IT IS THEREFORE STIPULATED AND AGREED by the Parties, through their respective counsel of record, subject to the Court's approval, that the following schedule and page limits for the briefing of Defendants' anticipated motion to dismiss the Second Amended Complaint will be as follows:

(a) Defendants' opening brief in support of the motion to dismiss shall be filed on or

Stip. and [Proposed] Order Re Schedule and
Page Limits for Def.'s Mtn to Dismiss Second       - 1 -
Amended Cmplt. Case No. 10-cv-4957-PJH

before December 30, 2011 and shall be no longer than 35 pages;

(b) Lead Plaintiff's opposition to Defendants' motion to dismiss shall be filed on or before February 22, 2012 and shall be no longer than 40 pages;

(c) Defendants reply brief in support of the motion to dismiss shall be filed on or before March 30, 2012 and shall be no longer than 25 pages; and

(d) Defendants' motion to dismiss shall be noticed for hearing on the Court's regular civil law and motion calendar for April 18, 2012.

IT IS SO STIPULATED.

DATED: November 22, 2011            HOGAN LOVELLS US LLP

By   /s/ Michael L. Charlson
    MICHAEL L. CHARLSON

Attorneys for Defendants
VIVUS, INC., LELAND F. WILSON and
WESLEY W. DAY, Ph.D.

DATED: November 22, 2011            JEFF S. WESTERMAN (Bar No. 94559)
NICOLE M. DUCKETT (Bar No. 198168)
MILBERG LLP
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, California 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975


By   /s/ David A.P. Brower

BROWER PIVEN
DAVID A.P. BROWER (Admitted *Pro Hac Vice*)
488 Madison Avenue
Eighth Floor
New York, New York 10022
Telephone: (212) 501-9000
Facsimile: (212) 501-0300

Attorneys for Lead Plaintiff

Stip. and [Proposed] Order Re Schedule and
Page Limits for Def.'s Mtn to Dismiss Second      - 2 -
Amended Cmplt. Case No. 10-cv-4957-PJH

I, Michael L. Charlson, am the ECF User whose ID and password are being used to file this Stipulation And [Proposed] Order Setting Schedule and Expanding Page Limits For Briefing on Defendants' Motion To Dismiss Plaintiff's Second Amended Complaint. In compliance with General Order 45, X.B., I hereby attest that David A.P. Brower has concurred in this filing.

                    /s/Michael L. Charlson
                    MICHAEL L. CHARLSON

\* \* \*

# ORDER

PURSUANT TO STIPULATION, and good cause appearing, the schedule and page limits applicable to briefing on Defendants' anticipated motion to dismiss Lead Plaintiff Second Amended Complaint will be as follows:

(a) Defendants' opening brief in support of the motion to dismiss shall be filed on or before December 30, 2011 and shall be no longer than ~~35~~ 30 pages;

(b) Lead Plaintiff's opposition to Defendants' motion to dismiss shall be filed on or before February 22, 2012 and shall be no longer than ~~40~~ 30 pages;

(c) Defendants reply brief in support of the motion to dismiss shall be filed on or before March 30, 2012 and shall be no longer than ~~25~~ 20 pages; and

(d) Defendants' motion to dismiss shall be noticed for hearing on the Court's regular civil law and motion calendar for April 18, 2012.

IT IS SO ORDERED.

DATED: __11/23/11_____

_____
HONORABLE _____ HAMILTON
United S___ IT IS SO ORDERED
[Signature: Judge Phyllis J. Hamilton]
[Seal: United States District Court, Northern District of California]

Stip. and [Proposed] Order Re Schedule and
Page Limits for Def.'s Mtn to Dismiss Second    - 4 -
Amended Cmplt. Case No. 10-cv-4957-PJH