

**Hogan Lovells**

Hogan Lovells US LLP
525 University Avenue
4th Floor
Palo Alto, CA 94301
T  +1 650 463 4000
F  +1 650 463 4199
www.hoganlovells.com

*Via E-Filing*

July 17, 2012

Hon. Phyllis J. Hamilton
United States District Judge
U.S. District Court
Oakland Courthouse
Courtroom 3 - 3rd Floor
1301 Clay Street
Oakland, CA 94612

    Re:    *Kovtun v. VIVUS, Inc. et al.*, Case No. 4:10-CV-04957-PJH

Dear Judge Hamilton:

We write on behalf of VIVUS, Inc. ("VIVUS"), Leland F. Wilson, and Wesley W. Day, Ph.D., defendants in the above-captioned action (together, "Defendants"). Defendants' motion to dismiss lead plaintiff's Second Amended Complaint was argued and submitted on April 18, 2012. Pursuant to Local Rule 7-3, Defendants request leave to provide the Court with a very brief, non-argumentative letter updating Your Honor concerning the status of the U.S. Food and Drug Administration's consideration of VIVUS's New Drug Application for Qnexa, and of a pair of recent case decisions that may be relevant to the pending motion. Should the Court grant leave to submit such a letter, Defendants would submit it within 24 hours of the Court's order. Defendants appreciate the Court's consideration of this request.

Very truly yours,

*Michael L. Charlson/BTD*

Michael L. Charlson
Partner
Michael.Charlson@hoganlovells.com
D 650 463 4003

cc:  David Brower, Esq.

7/24/12



DENIED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Abu Dhabi  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb. For more information see www.hoganlovells.com