United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MERLE KOVTUN, et al.,

Plaintiffs,

v.

VIVUS, INC., et al.,

Defendants.
_______________________________________/

No. C 10-4957 PJH

**JUDGMENT**

The court having granted defendants' motion to dismiss the second amended complaint, and having determined that further amendment would be futile,

It is Ordered and Adjudged

that plaintiffs take nothing, and that the action be dismissed.

Dated: September 27, 2012



______________________________
PHYLLIS J. HAMILTON
United States District Judge